# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE JOANNE HERNANDEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:20-cv-00527-SAB<br><br>ORDER DIRECTING PLAINTIFF TO FILE NOTICE OF STATUS OF SERVICE<br><br>THREE DAY DEADLINE |

Plaintiff Yvonne Joanne Hernandez filed this action on April 13, 2020. The summonses were issued on April 14, 2020. Pursuant to the scheduling order issued on April 14, 2020, unless other provision is made pursuant to an application to proceed in forma pauperis, appellant is required to effect service within twenty days of filing the complaint and file a return of service with this court. More than twenty days have passed and Plaintiff has not filed a return of service with the Court, nor does the record reflect that service was referred to the United States Marshall.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a notice within three (3) days informing the Court of the status of service on Defendant in this action.

IT IS SO ORDERED.

Dated:  **May 11, 2020**

UNITED STATES MAGISTRATE JUDGE

1